the petition does not constitute a ruling on the merits. See *Carpenter* v. *Gomez*, 516 U. S. 981 (1995) (opinion of STEVENS, J., respecting denial of certiorari); *Maryland* v. *Baltimore Radio Show, Inc.*, 338 U. S. 912, 917–919 (1950) (opinion of Frankfurter, J., respecting denial of certiorari).

No. 99–163. BAGLEY ET AL. *v.* RAYMOND SCHOOL DEPARTMENT ET AL. Sup. Jud. Ct. Me. Motion of Texas Justice Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–292. McCARTY, COMMISSIONER OF THE INDIANA DEPARTMENT OF INSURANCE AND LIQUIDATOR OF CLASSIC FIRE & MARINE INSURANCE CO. *v.* BROWN ET AL. Ct. App. La., 4th Cir. Motion of National Association of Insurance Commissioners for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–6071 (99A209). CRANE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 99–6101. ROWLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–8300. ABDUS-SABIR *v.* HIGHTOWER, WARDEN, ET AL., 526 U. S. 1100; and

No. 98–8790. SMITH *v.* UNITED STATES ET AL., 526 U. S. 1136. Petitions for rehearing denied.

OCTOBER 14, 1999

No. 99–6249 (99A239). McFADDEN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and

948

JUSTICE GINSBURG would grant the application for stay of execution.

OCTOBER 15, 1999

No. 99–381. WEAVER ET AL. *v.* BURGER KING CORP. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1.

OCTOBER 18, 1999

No. D–2109. IN RE DISBARMENT OF EL-AMIN. Saad El-Amin, of Richmond, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2110. IN RE DISBARMENT OF MORGENSTERN. Mark J. Morgenstern, of Rockville, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2111. IN RE DISBARMENT OF KRAMER. Marc Lawrence Kramer, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M35. BOARD OF FIRE COMMISSIONERS, FARMINGVILLE FIRE DISTRICT *v.* PIETRAS. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 98–1161. CITY OF ERIE ET AL. *v.* PAP'S A. M., TDBA "KANDYLAND." Sup. Ct. Pa. [Certiorari granted, 526 U. S. 1111.] Motion of Bill Conte et al. for leave to file a brief as *amici curiae* granted.